IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Criminal Case No. 08–cr–00256–EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. TERRICE GAY HUTCHINSON,

    Defendant.

---

**ORDER AND NOTICE OF SETTINGS**

---

EDWARD W. NOTTINGHAM, Chief Judge
Kathleen L. Weckwerth, Secretary

    This matter is set for a three-day trial to a jury of twelve, plus alternates, commencing at 9:00 o'clock a.m. on Monday, **August 25, 2008**, in Courtroom A201 of the Alfred A. Arraj United States Courthouse. Therefore, it is

    **ORDERED** that the deadline for filing all motions is July 25, 2008. All responses shall be filed by August 1, 2008. A hearing on the motions, if necessary, is set for **August 8, 2008**, at 2:15 o'clock p.m. It is further

    **ORDERED** that a change of plea hearing is scheduled to commence at 11:00 o'clock a.m. on Friday, **August 15, 2008**. The deadline for submitting the plea agreement and statement

1

of facts relevant to sentencing and the statement by defendant in advance of plea of guilty is Wednesday, <u>August 13, 2008</u>.

Dated: June 27, 2008