**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**JUDGE ROBERT E. BLACKBURN**

Criminal Action No. 08-cr-00256-REB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

TERRICE GAY HUTCHINSON,

     Defendant.

---

## ORDER EXONERATING BOND

---

     As a result, all the conditions of an appearance bond imposed by the court as a pretrial matter to secure the defendant's release, pursuant to 18 U.S.C. § 3142(c), have been satisfied. Accordingly, it is

     **ORDERED** that the bond in this case is hereby exonerated and the surety or sureties, if applicable, are released. It is further

     **ORDERED** that the bail funds or property deposited into the registry of the court shall hereby be released by the clerk of the court, or a designated deputy, to the surety or the defendant.

     DATED at Denver, Colorado, this 23rd day of August, 2010.

BY THE COURT:

Bob Blackburn

Robert E. Blackburn
United States District Judge